# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BANTHONY WALLS,** | ) |
| Petitioner, | ) |
| v. | ) Civil No. 05-CV-082-WDS |
| **SARAH REVELL,** | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on petition for writ of habeas corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on May 16, 2007, the petition is **DISMISSED WITH PREJUDICE.**

**DATED** this 16th day of May, 2007.

**NORBERT G. JAWORSKI, CLERK**

**BY:**   s/*Sandy Pannier*
                Deputy Clerk

**APPROVED:**

   **S/WILLIAM D. STIEHL**
        **DISTRICT JUDGE**